**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 08-6100M |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Angel Martinez-Hernandez, ) | |
| Defendant. ) | |

The undersigned has received and reviewed Defendant's Motion to Extend Time to Indict.  (docket #6).

The Defendant in this case is accused of Illegal Entry in violation of 8 U.S.C. § 1325(a)(2).

**IT IS ORDERED denying** Defendant's Motion.  (docket #6)  Speedy Trial Act does not apply to petty offenses. 18 U.S.C. § 3172(a) (1985) (defining "offense" to be "any Federal criminal offense which is established by Act of Congress (other than a Class B or C misdemeanor or an infraction" )); *United States v. Boyd*, 214 F.3d 1052 (9th Cir.2000); *United States v. Fridman Santisteban*, 127 F.Supp.2d 1304 (D. Puerto Rico, 2000).

DATED this 10th day of April, 2008.

Lawrence O. Anderson
United States Magistrate Judge